United States District Court
Southern District of Texas
**ENTERED**
March 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE DE JESUS CARDENAS PINALES, | § § § § § § § § § § | |
| Petitioner, | | |
| VS. | | CIVIL NO. 1:26-CV-00221 |
| MIGUEL VERGARA, *et al.*, | | |
| Respondents. | | |

## ORDER

The District Judge orders this case be referred to the randomly selected Magistrate Judge:

Karen Betancourt.

Signed on March 2, 2026.

_____
Rolando Olvera
United States District Judge